# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of October, two thousand and fourteen.

Before:      Denny Chin,
              *Circuit Judge.*

---

State Farm Mutual Automobile Insurance Company,
  Plaintiff-Appellee,

    v.

Hisham Elzanaty,
  Defendant-Appellant,

Accurate Medical, P.C., *et al.*,
  Defendants.

**ORDER**
Docket No. 14-3199

---

The parties move to hold the appeal in abeyance for six months to finalize settlement documents.

IT IS HEREBY ORDERED that the motion is GRANTED. However, if the parties have not finalized a settlement and withdrawn the appeal within 30 days, the parties shall move forward with CAMP. Appellant shall also provide this Court with a status update every 30 days regarding the status of settlement and whether Appellant wishes to continue in this appeal.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

